# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 16, 2020

161945 & (43)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

DEREK SHAW,
      Plaintiff-Appellee,

v

ELIZABETH SHAW,
      Defendant-Appellant.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161945
COA: 352851
Sanilac CC: 14-035535-DM

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 12, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



b1013

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 16, 2020



Clerk